UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RON BIORN, RONNIE G. BIORN, BRADLEY POOLE, MARGARET HENKEL, MEGAN STAKER, and JIMMY SMITH<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX, INC.,<br><br>Defendant. | Case No. 2:17-cv-00071-BMM<br><br>**ORDER STAYING THESE PROCEEDINGS** |

This Court has considered the Defendant's Unopposed Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

DATED this 17th day of October, 2017.

_____
Brian Morris
United States District Court Judge